UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 07-60100-CIV-GRAHAM/O'SULLIVAN

LOUICENE DANIEL, on his own behalf
and others similarly situated,

    Plaintiff,

v.

EXTREME EXCAVATING, INC.,
a Florida Corporation, and
EDWARD JOHNSON, individually,

    Defendants.
_____/

## ORDER ON PLAINTIFF'S MOTION TO ENFORCE SETTLEMENT AGREEMENT

THIS MATTER is before the Court upon Plaintiff's Motion to Enforce Settlement Agreement and Plaintiff having shown good cause and the Court having reviewed the record and being advised on the premises, it is hereby

ORDERED AND ADJUDGED that the Plaintiff's Motion to Enforce Settlement is _____.

DONE AND ORDERED in Miami, Miami-Dade County, Florida this _____ day of June 2007.

                                                                _____
                                                                 U.S. DISTRICT COURT JUDGE

Copies furnished to:
Gregg I. Shavitz, Esq., 2000 Glades Road, Suite 200, Boca Raton, FL 33431 (Tel: 561-447-8888; Fax: 561-447-8831)
Harry Winderman, Esq.  2255 Glades Road, Suite 218-A, Boca Raton, FL 33431 (Tel: 561-241-0332; Fax: 561-241-5266)