UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO . 07-60100-CIV-GRAHAM/O'SULLIVAN

LOUICENE DANIEL,

    Plaintiff,

vs.

EXTREME EXCAVATING, INC., et al.,

    Defendants.
_____/

## ORDER

THIS MATTER came before the Court on the Plaintiff's Motion to Enforce Settlement Agreement by Default (DE# 19, 5/31/07) and the Plaintiff's Notice to Grant Motion to Enforce Settlement Agreement and for Entry by Default (DE #21, 5/31/07). Rule 7.1(C), Local Rules for the United States District Court for the Southern District of Florida provides, in pertinent part:

> Each party opposing a motion shall serve an opposing memorandum of law no later than ten days after service of the motion as computed in the Federal Rules of Civil Procedure. **Failure to do so may be deemed sufficient cause for granting the motion by default**. (Emphasis supplied).

Having received no response from the defendants, and a response having been due, it is

ORDERED AND ADJUDGED, that the defendants shall file a response to the Plaintiff's Motion to Enforce Settlement Agreement by Default (DE# 19, 5/31/07) on or before September 5, 2007. The failure to file a response may result in an order granting the Plaintiff's Motion to Enforce Settlement Agreement by Default (DE# 19,

5/31/07) in its entirety.

**DONE and ORDERED** in Chambers at Miami, Florida this **22nd** day of August, 2007.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies provided to:
United States District Judge Graham
All counsel of record